# Notice Recipients

District/Off: 0976−1     User: admin     Date Created: 3/17/2022
Case: 22−00094−JMM     Form ID: pdf008     Total: 56

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| tr | Kathleen A. McCallister | kam@kam13trustee.com |
| aty | Holly E Sutherland | holly@averylaw.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Calvin James Rowland | 5694 S. Caper Place, Boise, ID 83716 |
| 5243069 | ASNY Company | 801 S Rampart Blvd #200, Las Vegas, NV 89145 |
| 5243070 | AT T, c/o Bankruptcy | 4331 Communications Dr, Floor 4w, Dallas, TX 75211 |
| 5243066 | Activate Financial | PO Box 91009, San Diego, CA 92191 |
| 5243067 | Afni | PO Box 3517, Bloomington, IL 61702 |
| 5243068 | American First Credit Union | Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409 |
| 5243071 | Boise Radiology Group | 190 E Bannock St, Boise, ID 83712 |
| 5243072 | Boise Radiology Group | PO Box 1108, Corvallis, OR 97339 |
| 5243073 | Bonneville Collections | 8572 W Overland Rd #103, Boise, ID 83709 |
| 5243074 | Boost Finance | 5904 Summerfield Drive, Texarkana, TX 75503 |
| 5243075 | Brianne Welz Partsch | 694 W. Pennsylvania Ave, Boise, ID 83706 |
| 5243079 | CEP America | PO Box 582663, Modesto, CA 95351−8000 |
| 5243076 | Canyon Fin | 823 Specht Ave, Caldwell, ID 83605 |
| 5243077 | Capital One | Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130 |
| 5243078 | Cdi Affiliated Service | Attn: Bankruptcy, Po Box 4068, Boise, ID 83711 |
| 5243080 | Check into Cash | Attn Bankruptcy, PO Box 550, Cleveland, TN 37364 |
| 5243081 | Credence | PO Box 1253, Southgate, MI 48195 |
| 5243082 | Credit Collection Services | PO Box 607, Norwood, MA 02062 |
| 5243083 | Credit One Bank | PO Box 60500, City of Industry, CA 91714 |
| 5243084 | Department of Education/Nelnet | Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501 |
| 5243085 | Dish Network | PO Box 94063, Palatine, IL 60094 |
| 5243086 | ERC | PO Box 23870, Jacksonville, FL 32241 |
| 5243087 | First Loan | PO Box 1536, Lower Lake, CA 95457 |
| 5243088 | First Premier Bank | PO Box 5519, Sioux Falls, SD 57117−5519 |
| 5243092 | IRS | Centralized Insolvency Opera, PO Box 7346, Philadelphia, PA 19101−7346 |
| 5243089 | Idaho Department of Health and Welfare | PO Box 83720, Boise, ID 83720−0036 |
| 5243090 | Idaho Power | PO Box 70, Boise, ID 83707 |
| 5243091 | Idaho State Tax Commission | PO Box 56, Boise, ID 83756 |
| 5243093 | Lend Nation | 3804 W Overland Rd, Boise, ID 83705 |
| 5243094 | Liberty Loans | 8249 W. Overland Road #100, Boise, ID 83709 |
| 5243095 | Macys/fdsb | Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5243096 | Money Stash | 8807 W. Sam Houston Pkwy #200, Houston, TX 77040 |
| 5243097 | MoneyLion, Inc | Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091 |
| 5243098 | Mountain West Bank | 1660 N. Eagle Road, Meridian, ID 83642 |
| 5243099 | Northwest Leasing | 2777 S. Orchard St, Boise, ID 83705 |
| 5243100 | Outsource Receivables Management | Attn: Bankruptcy Dept, 1349 Washington Blvd, Ogden, UT 84404 |
| 5243101 | Possible Finance | 2231 First Avenue, Suite B, Seattle, WA 98121 |
| 5243102 | Primary Health Group | PO Box 25181, Santa Ana, CA 92799 |
| 5243103 | Professional Collection | PO Box 45274, Los Angeles, CA 90045 |
| 5243104 | Professional Finance Company, Inc. | Attn: Bankruptcy, Po Box 1686, Greeley, CO 80632 |
| 5243105 | QC Financial | 3804 Overland Road, Boise, ID 83705 |
| 5243108 | RMP | PO Box 519, Sauk Rapids, MN 56379 |
| 5243106 | Redwood Coast Finance | POBox 11422, Santa Rosa, CA 95406 |
| 5243107 | Resurgent Capital Services | Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603 |
| 5243109 | Security Finance | Attn: Centralized Bankruptcy, Po Box 1893, Spartanburg, SC 29304 |
| 5243110 | Speedy Cash | PO Box 780408, Wichita, KS 67278 |
| 5243112 | St. ALphonsus | PO Box 190930, Boise, ID 83719 |
| 5243111 | St. Alphonsus | PO Box 31001, Pasadena, CA 91110 |
| 5243113 | St. Lukes | PO Box 2578, Boise, ID 83701 |
| 5243114 | Tbom/Atls/Aspire | Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348 |
| 5243116 | US Bank | PO Box 5227, Cincinnati, OH 45202 |
| 5243115 | United States Attorney | District of Idaho, 1290 W. Myrtle St, STE 500, Boise, ID 83702 |
| 5243117 | Verizon Wireless | Attn: Bankruptcy Department, 500 Technology Drive STE 550, Saint Charles, MO 63304 |

TOTAL: 53